**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Milan Stojan Kangrga            ) | |
| ) | **Chapter 7** |
| ) | **Case No. 23-14503** |
| ) | |
| ) | |
| ) | **Judge: Jacqueline P. Cox** |
| Debtor(s)                                    ) | |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

**TO: Served Upon the following parties electronically:**

Patrick S. Layng, 219 S. Dearborn St., Room 873, Chicago, IL 60604, USTPRegion11.ES.ECF@usdoj.gov

Trustee Reed Heiligman, Reed Heiligman, LLC, 848 Dodge Ave., Ste. 443, Evanston, IL 60202

Ariel Weissberg, Weissberg and Associates, Ltd., 125 South Wacker Drive, Suite 300 Chicago, IL 60606, ariel@weissberglaw.com

**By US Mail:**

Milan Stojan Kangrga, 11311 South Avenue G, Chicago, IL 60617

See Attached Service List

     PLEASE TAKE NOTICE that on November 28, 2023, at 1:00 pm, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, either in courtroom 680 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St, Chicago, IL 60604, or electronically as described below, and present Blazo Gjorev's Motion to for Relief from the Automatic Stay, a copy of which is attached.

     **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and Passcode**. The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ David Freydin
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

## Certification of Service

The undersigned, an attorney, certify that I transmitted a copy of this notice and the attached motion to the parties on the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 8707 Skokie Blvd, #312, Skokie, IL 60077-2269 on November 21, 2023. Furthermore, I certify that Patrick S. Layng, Trustee Reed Heiligman, and Debtor's Attorney Ariel Weissberg were notified via ECF notification on November 21, 2023.

/s/ David Freydin
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Milan Stojan Kangrga | ) | |
| | ) | **Chapter 7** |
| | ) | **Case No. 23-14503** |
| | ) | |
| | ) | |
| | ) | **Judge: Jacqueline P. Cox** |
| Debtor(s) | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES the Creditor's Attorney, David Freydin, by and through Law Offices of David Freydin Ltd, and hereby moves this Honorable Court to Grant Blazo Gjorev's Motion for Relief from the Automatic Stay, the Creditor states the following:

1) The Debtor filed the above captioned voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on October 30, 2023.

2) This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §1334 & 157.  This is a core proceeding pursuant to 28 U.S.C §157.

3) The Debtor has not yet had a 341 meeting. The 341 meeting is scheduled for November 29, 2023 at 12 pm. The Panel Trustee on this case is Reed Heiligman.

4) George F. LaForte, Jr. is an attorney that represents Blazo Gjoerev (Creditor) in a State Court action, 2021 CH 04952.

2

5) On September 19, 2021, Creditor filed a five-count complaint in the chancery division seeking to recover monies owed to him by the Debtor through the foreclosure of his judgment lien against various properties owned by Debtor and Debtor's Ex-Wife, Bistra Kangra. Attached as Exhibit A is a copy of the Complaint.

6) On August 07, 2023, Judge Eve M. Reilly signed a Stipulation and Agreed Order. The Stipulation and Agreed Order was meant to resolve Count I of 2021 CH 04952. Attached as Exhibit B is a copy of the signed order.

7) Instead, the Stipulation and Agreed order dismissed all five counts of the state court complaint.

8) On November 02, 2023, unaware that the Debtor had filed the underlying bankruptcy, George F. LaForte, Jr. filed a Petition to Modify Stipulation and Agreed Order Entered August 07, 2023. Attached as Exhibit C is a Copy of the petition and affidavits signed by George F. LaForte and Carrie Ann Dolan, an attorney that represents Community Loan Servicing LLC, who was one of the Defendants named in Count I of the Complaint.

9) George F. LaForte, Jr. is no longer proceeding with that petition now that he is aware of the underlying bankruptcy and instead is seeking relief from the Bankruptcy Court to present this petition in the State Court.

10) Creditor is in a legal quagmire by the entry of this August 7th order in state court. On the one hand, his entire complaint has been dismissed because of a drafting mistake in the order. On the other hand, he is barred from doing anything to rectify the drafting mistake, because of Section 362 of the Bankruptcy Code, which creates an Automatic Stay in the current bankruptcy.

11) Furthermore, Creditor is going to be prejudiced in this bankruptcy if this order is not corrected. For one, if the Chapter 7 Trustee were to make a finding of assets, Creditor would be barred from filing a Proof of Claim, because his complaint was dismissed with prejudice in the State Court case.

12) Also, he would not be able to bring an adversary in the current bankruptcy case. The current deadline to object to discharge and / or to object to dischargeability is 1/29/2024. Blazo Gjoerev would not have standing to object to the discharge under Section 523 or 727, because his lawsuit was dismissed with prejudice by the state court.

13) Finally, the Debtor cannot file a Motion to Vacate the Dismissal for the State Court in the Bankruptcy Court. The Rooker-Feldman doctrine prevents the Bankruptcy Court from hearing direct appeals of state court decisions, a right statutorily reserved for the Supreme Court of the United States pursuant to 28 U.S.C. § 1257.

14) The only way for the Creditor to be able to rectify the current situation is to have his Petition considered in State Court. If the State Court grants the Petition, Counts II-V will be reinstated and stayed by the bankruptcy. Creditor would file claims and / or seek any recourse in the bankruptcy court. If the Petition is denied, Creditor would not have any remedies in the Bankruptcy Court.

15) Creditor has presented this Court will copies of the litigation and affidavits to show that the petition would have a high likelihood of being granted by the State Court.

16) If the Creditor is not allowed to present this petition in State Court, the Creditor would not be allowed to pursue these claims in the bankruptcy. It would result in a windfall for the Debtor in terms of the Creditor not being able to file a proof of claim or file and discharge actions. It could also result in a windfall for the other creditors if the Trustee finds assets and makes a distribution to other creditors.

17) As a matter of equity, Creditor should be allowed to proceed in the state court for the limited purpose of having his petition to reinstate the dismissed counts heard.

WHEREFORE, the Creditor requests that the Court enter an order modifying the automatic stay for the limited purpose of having the Petition to Modify Stipulation and Agreed Order Entered August 07, 2023, and for any other relief that this Court finds equitable and just.

Respectfully Submitted,

**/s/ David Freydin**
**Law Offices of David Freydin, LTD.**
**8707 Skokie Blvd, #312**
**Skokie, IL 60077-2269**
**(v): 312.533.4077 | (f): 866.897.7577**